**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
IOWA PUBLIC EMPLOYEE'S RETIREMENT
SYSTEM,

Plaintiff,

-against-

DELOITTE & TOUCHE LLP,
Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/24/13_

12 **CIVIL** 2136 (JPO)

**JUDGMENT**

Defendant having moved to dismiss the complaint, and the matter having come before the

Honorable J. Paul Oetken, United States District Judge, and the Court, on January 23, 2013, having

rendered its Memorandum and Order dismissing Plaintiff's Complaint with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum and Order dated January 23, 2013, Plaintiff's Complaint is dismissed with

prejudice.

**Dated:** New York, New York
      January 24, 2013

**RUBY J. KRAJICK**
_____
**Clerk of Court**

BY: _____

**Deputy Clerk**

**THIS DOCUMENT** WAS ENTERED
**ON THE DOCKET ON** _____